UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>QUEEN WASHINGTON AND JOHN DOE WASHINGTON, WIFE AND HUSBAND AND THE MARITAL COMMUNITY COMPRISED THEREOF; SHAWNIKA LAWRENCE AND JOHN DOE LAWRENCE, WIFE AND HUSBAND AND THE MARITAL COMMUNITY COMPRISED THEREOF; MINDY WISCOMBE AND RUSSELL WISCOMBE, WIFE AND HUSBAND AND THE MARITAL COMMUNITY COMPRISED THEREOF; AND MARK MCCRUM AND PAMELA MCCRUM, HUSBAND AND WIFE AND THE MARTIAL COMMUNITY COMPRISED THEREOF,<br><br>    Defendants. | CASE NO. 2:16-cv-01596-RSM<br><br>**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS** |

I. **STIPULATION**

1. Pursuant to LCR 10(g) and LCR 7 (d)(1) and this Court's inherent power to stay proceedings, plaintiff Empire Fire and Marine Insurance Company ("Empire Fire") and defendants Mindy Wiscombe and Russell Wiscombe and their marital community, and Mark McCrum and Pamela McCrum and their marital community, jointly request that the Court enter an Order staying all activity in this case until November 15, 2017. Empire Fire and the above-named defendants

STIPULATED MOTION AND ORDER TO STAY - 1
CASE NO. 2:16-cv-01596-RSM

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1. propose that the Court hold a conference to review the status of this action on November 15, 2017, or as soon thereafter as practicable and convenient for the Court.

2. Empire Fire has brought this declaratory judgment action against defendants Mindy Wiscombe and Russell Wiscombe, and Mark McCrum and Pamela McCrum who have appeared in this action; and defendants Queen Washington and John Doe Washington and Shawnika Lawrence and John Doe Lawrence, who were served in October 2016, but have not appeared in this action.

3. This declaratory judgment action concerns the availability of insurance coverage for alleged bodily injury and other damages sustained by the Wiscombes and the McCrums arising from an automobile accident that occurred on November 30, 2012. The accident is alleged to have been caused by Queen Washington or Shawnika Lawrence.

4. Before the accident occurred, Shawnika Lawrence rented a 2012 Mazda 6 from Enterprise. In connection with the rental, Ms. Lawrence purchased Supplemental Liability Protection ("SLP") coverage, which is an excess liability policy issued by Empire Fire.

5. The rental vehicle was involved in the November 30, 2012 accident. The Wiscombes and McCrums allege that the rental vehicle impacted the rear of the vehicle driven by Mr. Wiscombe, causing his vehicle to be pushed into the vehicle occupied by the McCrums. The identity of the driver of the rental car at the time of the accident is in dispute. Was it Ms. Lawrence or Ms. Washington?

6. The McCrums and the Wiscombes sued Ms. Washington and Ms. Lawrence in an underlying tort action in King County Superior Court, Cause No. 15-2-28349-9SEA. Trial in that action is currently scheduled to occur on October 9, 2017.

STIPULATED MOTION AND ORDER TO STAY - 2
CASE NO. 2:16-cv-01596-RSM

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

7. Empire Fire and the appearing defendants seek a stay of this declaratory judgment action pending trial in the underlying tort action. Because coverage under the SLP policy depends on factual issues which will be resolved in the underlying action, staying this declaratory judgment action will avoid duplicative litigation and promote judicial economy.

8. "A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Lockyer v. Mirant Corp.,* 398 F.3d 1098, 1109 (9th Cir. 2005). Here, Empire Fire and the appearing defendants agree that a stay is necessary to avoid duplicative litigation and promote economy of time and effort.

**SO STIPULATED** this 13th day of July, 2017.

| **KARR TUTTLE CAMPBELL**<br><br>/s/ _____<br>Jacquelyn A. Beatty, WSBA #17567<br>Barbara J. Brady, WSBA #20459<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Tel: 206-223-1313<br>Fax: 206-682-7100<br>Email: jbeatty@karrtuttle.com<br>Email: bbrady@karrtuttle.com<br>Attorneys for Defendant Empire Fire and Marine Insurance Company | **OSERAN, HAHN, SPRING, STRAIGHT & WATTS, PS**<br><br>_____<br>Paul Spencer, WSBA #19511<br>10900 N.E. 4th St., Suite 1430<br>Bellevue, WA 98004<br>Tel: 425-455-3900<br>Fax: 425-455-9201<br>pspencer@ohswlaw.com><br>Attorney for Defendants McCrum |
| --- | --- |
| **LAW OFFICE OF SAM ELDER PLLC**<br><br>Samuel J. Elder, Jr. WSBA #26085<br>12716 N.E. 106th Lane<br>Kirkland, WA 98033<br>Tel. 425-999-8170<br>Fax: 425-999-8172<br>sam@samelderlaw.com<br>Attorneys for Defendants Wiscombe | |

STIPULATED MOTION AND ORDER TO STAY - 3
CASE NO. 2:16-cv-01596-RSM

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## ORDER

Pursuant to the above Stipulated Motion, this case is **STAYED**. The parties shall file a Joint Status Report on or before November 15, 2017. The Court will note a Status Conference thereafter if necessary.

DATED this 14th day of July 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO STAY
- 4
CASE NO. 2:16-cv-01596-RSM

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Daena V. Temkova, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused to be filed a true and correct copy of the foregoing by using the Court's electronic filing system. I caused the same to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Samuel J. Elder, Jr., WSBA #26085<br>Law Offices of Sam Elder, PLLC<br>12716 N.E. 106th Lane<br>Kirkland, WA 98033<br>sam@samelderlaw.com<br>*Attorneys for Plaintiffs Mindy Wiscombe and Russell Wiscombe* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Paul Spencer, WSBA #19511<br>Osaren Hahn, P.S.<br>10900 N.E. 4th St., Ste. 1430<br>Bellevue, WA 98004<br>pspencer@ohswlaw.com<br>*Attorneys for Plaintiffs Mark McCrum and Pamela McCrum* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge. Executed on this 13th day of July, 2017, at Seattle, Washington.

*s/Daena Temkova*
Daena V. Temkova
Assistant to Jacquelyn A. Beatty
and Barbara J. Brady

STIPULATED MOTION AND ORDER TO STAY - 5
CASE NO. 2:16-cv-01596-RSM

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100