UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>QUEEN WASHINGTON, ET AL.,<br><br>    Defendants. | CASE NO. 2:16-CV-01596-RSM<br><br>ORDER LIFTING STAY |

This matter having come before the Court on Empire Fire and Marine Insurance Company's ("Empire Fire's") Motion to Lift Stay, which no party thereafter opposed, and the Court having considered the pleadings and records filed with the Court, including the following:

1. Empire Fire's Motion to Lift Stay; and

2. Declaration of Barbara J. Brady and exhibits thereto;

and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERERD that Empire Fire's Motion to Lift the July 14, 2017 Stay Order (Dkt. #23) is GRANTED.

ORDER LIFTING STAY
2:16-CV-01596-RSM-1
#1135852 v1 / 10007-553

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1  The clerk SHALL issue an amended case schedule.

2  DATED this 24th day of October, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

KARR TUTTLE CAMPBELL

s/Barbara J. Brady
Jacquelyn A. Beatty, WSBA #17567
Barbara J. Brady, WSBA #20459
Karr Tuttle Campbell
701 Fifth Ave., Suite 3300
Seattle, WA 98104
Tel: 206-223-1313
Fax: 206-682-7100
Email: jbeatty@karrtuttle.com;
Email: bbrady@karrtuttle.com
Attorneys for Empire Fire and Marine Insurance Company

ORDER LIFTING STAY
2:16-CV-01596-RSM-2
#1135852 v1 / 10007-553

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100